**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

DISTRICT OF KANSAS

Case number *(if known)* _____ Chapter 11

☐ Check if this an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

06/24

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | JM Grove, LLC |
| 2. | **All other names debtor used in the last 8 years** Include any assumed names, trade names and *doing business as* names | DBA  The Social Bar & Grill<br>FDBA  Garrett's |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | 46-4464249 |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| 13410 West 62nd Terrace<br>Shawnee, KS 66216 | |
| Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| Johnson | **Location of principal assets, if different from principal place of business** |
| County | |
| | Number, Street, City, State & ZIP Code |

5. **Debtor's website** (URL)   https://thesocialshawnee.com/

6. **Type of debtor**

☐■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Official Form 201   **Voluntary Petition for Non-Individuals Filing for Bankruptcy**   page 1

| Debtor | JM Grove, LLC | Case number (*if known*) |
|---|---|---|
| | Name | |

**7.** **Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

_____5812_____

**8.** **Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check **all** that apply:*

    ■ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725 (amount subject to adjustment on 4/01/25 and every 3 years after that).

    ■ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ■ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.** **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

| | | | | |
|---|---|---|---|---|
| District | _____ | When | _____ | Case number | _____ |
| District | _____ | When | _____ | Case number | _____ |

Official Form 201                    Voluntary Petition for Non-Individuals Filing for Bankruptcy                    page 2

**10.** **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No

☐ Yes.

List all cases. If more than 1, attach a separate list

Debtor _____

Relationship _____

District _____ When _____

Case number, if known _____

**11.** **Why is the case filed in *this district*?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12.** **Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____

Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.  Insurance agency _____

Contact name _____

Phone _____

---

███ **Statistical and administrative information**

**13.** **Debtor's estimation of available funds**     .  *Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14.** **Estimated number of creditors**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15.** **Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ■ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16.** **Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |

Official Form 201     Voluntary Petition for Non-Individuals Filing for Bankruptcy     page 3

- ☐ $50,001 - $100,000
- ■ $100,001 - $500,000
- ☐ $500,001 - $1 million

- ☐ $10,000,001 - $50 million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million

- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

Official Form 201                Voluntary Petition for Non-Individuals Filing for Bankruptcy                page 4

**Request for Relief, Declaration, and Signatures**

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    February  4, 2025
               MM / DD / YYYY

**X** /s/ Jordan Grove                                          Jordan Grove
Signature of authorized representative of debtor               Printed name

Title    Member

**18. Signature of attorney**

**X** /s/ Colin Gotham                          Date    February  4, 2025
Signature of attorney for debtor                        MM / DD / YYYY

Colin Gotham KS#19538; MO#52343
Printed name

Evans & Mullinix, P.A.
Firm name

7225 Renner Road, Suite 200
Shawnee, KS 66217
Number, Street, City, State & ZIP Code

Contact phone    (913) 962-8700      Email address    cgotham@emlawkc.com

KS#19538; MO#52343 KS
Bar number and State

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | JM Grove, LLC |
| United States Bankruptcy Court for the: | DISTRICT OF KANSAS |
| Case number (if known): | |

☐ Check if this is an

amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
**12/15**

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Internal Revenue Service Centralized Insolvency Ops PO Box 7346 Philadelphia, PA 19101-7346 | | Taxes Due | | | | $115,977.42 |
| US Small Business Administration District Counsel 220 W Douglas Avenue Suite 450 Wichita, KS 67202 | | All Property of the Debtor | | $65,000.00 | $37,700.00 | $65,000.00 |
| Web Bank 215 South State St Ste 1000 Salt Lake City, UT 84111 | | All Property of the Debtor | | $63,879.83 | $37,700.00 | $63,879.83 |
| Kansas Department of Revenue Civil Tax Enforcement PO Box 12005 Topeka, KS 66612-2005 | | All Property of the Debtor | | $61,478.53 | $37,700.00 | $23,778.53 |
| Sheels Visa - FNBO PO Box 2557 Omaha, NE 68103-2557 | | Credit Card Purchases | Contingent Disputed | | | $20,179.07 |
| The Central Trust Bank PO Box 748 Jefferson City, MO 65102 | | 2020 Dodge Ram (Owned by the Principal but is depreciated on the Debtor's tax returns and us used for the business). | | $36,805.37 | $19,000.00 | $17,805.37 |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Forward Financing 53 State Street 20th Floor Boston, MA 02109 | | Loan | | | | $16,895.73 |
| Chase JP Morgan Chase Bank 700 Kansas Lane Floor 1 Monroe, LA 71203 | | Credit Card Purchases | Contingent Disputed | | | $16,335.04 |
| YouLend, LLC 1175 Peachtree Street NE Atlanta, GA 30361 | | Loan | | | | $16,046.82 |
| Commerce Bank Attn Bankruptcy Notices PO Box 419248 KCREC-10 Kansas City, MO 64141 | | Credit Card Purchases | Contingent Disputed | | | $11,300.00 |
| Discover Bank PO Box 30416 Salt Lake City, UT 84130 | | Credit Card Purchases | Contingent Disputed | | | $10,116.63 |
| Evergy Inc PO Box 11739 Kansas City, MO 64138 | | Utility Service | | | | $9,563.12 |
| Citibank PO Box 6500 Sioux Falls, SD 57117 | | Credit Card Purchases | Contingent Disputed | | | $8,828.94 |
| Kansas Department of Labor Attn: Legal Services 401 SW Topeka Blvd Topeka, KS 66603-3182 | | Taxes Due | | | | $5,800.00 |
| Mill Creek Shopping Center % Rovira Property Management LLC 12394 SW 82nd Avenue Miami, FL 33156 | | Unpaid Rent | | | | $4,366.00 |
| James Cole 14401 West 65th Terrace Shawnee, KS 66216 | | Unpaid Wages | | | | $3,523.16 |

Case 25-20111   Doc# 1   Filed 02/04/25   Page 7 of 69

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Rewards Newtwork 540 West Madison Street Suite 2400 Chicago, IL 60661 | | Loan | | | | $2,935.88 |
| Kansas Gas Service PO Box 219046 Kansas City, MO 64121 | | Utility Service | | | | $2,845.35 |
| Sysco Foods 1915 East Kansas City Road Olathe, KS 66061 | | Trade Debt | | | | $2,400.00 |
| US Foods 9399 West Higgins Road Suite 100 Des Plaines, IL 60018 | | Trade Debt | | | | $2,400.00 |

# Official Form 206A/B

## Schedule A/B: Assets - Real and Personal Property    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1:    Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | Commerce Bank | Business Checking | 9876 | $0.00 |

4. **Other cash equivalents** *(Identify all)*

5. **Total of Part 1.**

Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.    $0.00

### Part 2:    Deposits and Prepayments

6. **Does the debtor have any deposits or prepayments?**

☐ No. Go to Part 3.
■ Yes Fill in the information below.

7. **Deposits, including security deposits and utility deposits**
Description, including name of holder of deposit

| | | |
|---|---|---|
| 7.1. | Security Deposit of $5,869.17 held by the Mill Creek Shopping Center | $0.00 |
| 7.2. | Cash Bond of $6,500 paid to Mission Bank on behalf of Alcohol Control Beverage Liquor | $0.00 |

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

| Debtor | JM Grove, LLC | Case number (If known) | |
|---|---|---|---|
| | Name | | |

Description, including name of holder of prepayment

| 9. | **Total of Part 2.** | $0.00 |
|---|---|---|
| | Add lines 7 through 8. Copy the total to line 81. | |

**Part 3:**     **Accounts receivable**

10. **Does the debtor have any accounts receivable?**

   ■ No. Go to Part 4.
   ☐ Yes Fill in the information below.

**Part 4:**     **Investments**

13. **Does the debtor own any investments?**

   ■ No. Go to Part 5.
   ☐ Yes Fill in the information below.

**Part 5:**     **Inventory, excluding agriculture assets**

18. **Does the debtor own any inventory (excluding agriculture assets)?**

   ☐ No. Go to Part 6.
   ■ Yes Fill in the information below.

| | General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|
| 19. | Raw materials<br>Perishable Food Products | | $0.00 | Liquidation | $10.00 |
| | Frozen Goods, Liquor, Beer, Wine, Canned Drinks, Soda Boxes, & Non-Perishable Food Products | | $0.00 | Liquidation | $12,000.00 |

| 20. | **Work in progress** |
|---|---|
| 21. | **Finished goods, including goods held for resale** |
| 22. | **Other inventory or supplies** |

| 23. | **Total of Part 5.** | $12,010.00 |
|---|---|---|
| | Add lines 19 through 22. Copy the total to line 84. | |

24. **Is any of the property listed in Part 5 perishable?**
   ☐ No
   ■ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
   ☐ No
   ■ Yes. Book value    0.00   Valuation method   Liquidation   Current Value   1,000.00

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
   ■ No
   ☐ Yes

| Debtor | JM Grove, LLC | Case number *(If known)* |
|---|---|---|
| | Name | |

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☒ No.  Go to Part 7.
☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
☒ Yes Fill in the information below.

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 39. | **Office furniture**<br>Desk and Chair | $0.00 | | $20.00 |
| 40. | **Office fixtures** | | | |
| 41. | **Office equipment, including all computer equipment and communication systems equipment and software**<br>Printer, Three Hole Punch, & Laminator | $0.00 | Liquidation | $100.00 |
| | Toast, Inc. POS System, Software, & Office Computer | $0.00 | Liquidation | $900.00 |
| 42. | **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles<br>42.1.  Sports Memorabilia Neon Signs, Pictures, Trophies, & Artwork | $0.00 | Liquidation | $200.00 |

43. **Total of Part 7.**
    Add lines 39 through 42.  Copy the total to line 86.

    | $1,220.00 |
    |---|

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
    ☒ No
    ☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
    ☒ No
    ☐ Yes

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.  Go to Part 9.
☒ Yes Fill in the information below.

| | General description<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|

47.    **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles**

| 47.1. | 2020 Dodge Ram (Owned by the Principal but is depreciated on the Debtor's tax returns and us used for the business). | $0.00 | Liquidation | $19,000.00 |

48.    **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

49.    **Aircraft and accessories**

50.    **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

| Kitchen Equipment | $0.00 | | $15,000.00 |
| Tables & Chairs | $0.00 | | $2,500.00 |
| Televisions, Switch Machine, Camera Systems | $0.00 | | $6,000.00 |

51.    **Total of Part 8.**                                                                    | $42,500.00 |

Add lines 47 through 50.  Copy the total to line 87.

52.    **Is a depreciation schedule available for any of the property listed in Part 8?**
       ■ No
       ☐ Yes

53.    **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
       ■ No
       ☐ Yes

**Part 9:    Real property**

54. **Does the debtor own or lease any real property?**

       ■ No.  Go to Part 10.
       ☐ Yes Fill in the information below.

**Part 10:    Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

       ☐ No.  Go to Part 11.
       ■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60.    **Patents, copyrights, trademarks, and trade secrets** | | | |
| 61.    **Internet domain names and websites** https://thesocialshawnee.com/ | $0.00 | | $0.00 |
| 62.    **Licenses, franchises, and royalties** | | | |
| 63.    **Customer lists, mailing lists, or other compilations** | | | |

64.     **Other intangibles, or intellectual property**

65.     **Goodwill**

66.     **Total of Part 10.**

        Add lines 60 through 65. Copy the total to line 89.

|  |
|---|
| $0.00 |

67.     **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107?

        ■ No
        ☐ Yes

68.     **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

        ■ No
        ☐ Yes

69.     **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

        ■ No
        ☐ Yes

| Part 11: | All other assets |
|---|---|

70. **Does the debtor own any other assets that have not yet been reported on this form?**
    Include all interests in executory contracts and unexpired leases not previously reported on this form.

    ■ No.  Go to Part 12.
    ☐ Yes Fill in the information below.

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $0.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $12,010.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $1,220.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $42,500.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*..................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $55,730.00  + 91b. | $0.00 |
| 92. **Total of all property on Schedule A/B**. Add lines 91a+91b=92 | | $55,730.00 |

## Fill in this information to identify the case:

Debtor name    JM Grove, LLC

United States Bankruptcy Court for the:    DISTRICT OF KANSAS

Case number (if known)    _____

☐ Check if this is an
amended filing

Official Form 206D
# Schedule D: Creditors Who Have Claims Secured by Property    12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

■ Yes. Fill in all of the information below.

| **Part 1:** | **List Creditors Who Have Secured Claims** |
| --- | --- |

**2. List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | **Column A**<br>Amount of claim<br><br>Do not deduct the value of collateral. | **Column B**<br>Value of collateral that supports this claim |
| --- | --- | --- | --- |
| **2.1** **Kansas Department of Revenue**<br>Creditor's Name<br><br>Civil Tax Enforcement<br>PO Box 12005<br>Topeka, KS 66612-2005<br>Creditor's mailing address<br><br>_____<br>Creditor's email address, if known<br><br>**Date debt was incurred**<br><br>**Last 4 digits of account number**<br><br>**Do multiple creditors have an interest in the same property?**<br>■ No<br>☐ Yes. Specify each creditor, including this creditor and its relative priority. | **Describe debtor's property that is subject to a lien**<br>All Property of the Debtor<br><br>_____<br>**Describe the lien**<br>Tax Lien<br>**Is the creditor an insider or related party?**<br>■ No<br>☐ Yes<br>**Is anyone else liable on this claim?**<br>■ No<br>☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)<br><br>**As of the petition filing date, the claim is:**<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $61,478.53 | $37,700.00 |
| **2.2** **The Central Trust Bank**<br>Creditor's Name<br><br>PO Box 748<br>Jefferson City, MO 65102<br>Creditor's mailing address<br><br>_____<br>Creditor's email address, if known<br><br>**Date debt was incurred**<br><br>**Last 4 digits of account number**<br><br>**Do multiple creditors have an interest in the same property?** | **Describe debtor's property that is subject to a lien**<br>2020 Dodge Ram (Owned by the Principal but is depreciated on the Debtor's tax returns and us used for the business).<br><br>**Describe the lien**<br>_____<br>**Is the creditor an insider or related party?**<br>■ No<br>☐ Yes<br>**Is anyone else liable on this claim?**<br>☐ No<br>■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)<br><br>**As of the petition filing date, the claim is:**<br>Check all that apply | $36,805.37 | $19,000.00 |

☑ No
☐ Yes. Specify each creditor,
  including this creditor and its relative
  priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.3 | US Small Business Administration |
|---|---|

Creditor's Name

District Counsel
220 W Douglas Avenue
Suite 450
Wichita, KS 67202

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**   $65,000.00   $37,700.00
All Property of the Debtor

**Describe the lien**
UCC (Blanket Lien)

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.4 | Web Bank |
|---|---|

Creditor's Name

215 South State St Ste 1000
Salt Lake City, UT 84111

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**   $63,879.83   $37,700.00
All Property of the Debtor

**Describe the lien**
UCC (Accounts Receivable)

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

3.   **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**   $227,163.73

---

**Part 2:   List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

---

| Debtor | JM Grove, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| Attorney General<br>Main Justice Building<br>950 Pennsylvania Avenue NW<br>Washington, DC 20530-0001 | Line 2.3 | |
| Kansas Attorney General<br>120 SW 10th Avenue<br>2nd Floor<br>Topeka, KS 66612 | Line 2.1 | |
| The Central Trust Bank<br>238 Madison Street<br>Jefferson City, MO 65101 | Line 2.2 | |
| Toast Capital<br>WebBank<br>333 Summer Street<br>Boston, MA 02210 | Line 2.4 | |
| US Attorney<br>US Courthouse<br>500 State Avenue, Rm 360<br>Kansas City, KS 66101 | Line 2.3 | |
| US Small Business Admin.<br>District Counsel<br>10675 Bedford Avenue, Suite 100<br>Omaha, NE 68127 | Line 2.3 | |
| US Small Business Admin.<br>1000 Walnut St., Ste. 500<br>Kansas City, MO 64106 | Line 2.3 | |

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | JM Grove, LLC |
| United States Bankruptcy Court for the: | DISTRICT OF KANSAS |
| Case number (if known) | |

☐ Check if this is an amended filing

## Official Form 206E/F
# Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ☑ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|
| **2.1** | Priority creditor's name and mailing address<br>Fredy Morales<br>813 W 101st Terrace<br>Kansas City, MO 64114 | $426.50 | $426.50 |

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Basis for the claim:
Unpaid Wages

Is the claim subject to offset?
☑ No
☐ Yes

|  |  | Total claim | Priority amount |
|---|---|---|---|
| **2.2** | Priority creditor's name and mailing address<br>Internal Revenue Service<br>Centralized Insolvency Ops<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | $115,977.42 | $115,977.42 |

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

Basis for the claim:
Taxes Due

Is the claim subject to offset?
☑ No
☐ Yes

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,523.16 | $3,523.16 |
|-----|----------------------------------------------|-----------------------------------------------|-----------|-----------|
| | James Cole<br>14401 West 65th Terrace<br>Shawnee, KS 66216 | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>Unpaid Wages | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $820.42 | $820.42 |
|-----|----------------------------------------------|-----------------------------------------------|---------|---------|
| | John Macanaw<br>6314 Caenen Lake Rd<br>Shawnee, KS 66216 | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>Unpaid Wages | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.5 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $5,800.00 | $5,800.00 |
|-----|----------------------------------------------|-----------------------------------------------|-----------|-----------|
| | Kansas Department of Labor<br>Attn: Legal Services<br>401 SW Topeka Blvd<br>Topeka, KS 66603-3182 | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>Taxes Due | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.6 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $719.82 | $719.82 |
|-----|----------------------------------------------|-----------------------------------------------|---------|---------|
| | Kevin Perez Lopez<br>7608 Garnett St<br>Overland Park, KS 66213 | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>Unpaid Wages | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | JM Grove, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**2.7**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $880.60 | $820.42 |
|---|---|---|---|
| Roman Saudedo | *Check all that apply.* | | |
| 307 South 14th Street | ☐ Contingent | | |
| Kansas City, KS 66145 | ☐ Unliquidated | | |
| | ☐ Disputed | | |

Date or dates debt was incurred

Basis for the claim:
Unpaid Wages

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**Part 2:** List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims**. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | Amount of claim |
|---|---|---|

**3.1**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $300.00 |
|---|---|---|
| Central States Beverage Company | ☐ Contingent | |
| 14220 Wyandotee Street | ☐ Unliquidated | |
| Kansas City, MO 64145 | ☐ Disputed | |
| **Date(s) debt was incurred** _ | **Basis for the claim:**  Trade Debt | |
| **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No  ☐ Yes | |

**3.2**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $16,335.04 |
|---|---|---|
| Chase | ■ Contingent | |
| JP Morgan Chase Bank | ☐ Unliquidated | |
| 700 Kansas Lane Floor 1 | ■ Disputed | |
| Monroe, LA 71203 | | |
| **Date(s) debt was incurred** _ | **Basis for the claim:**  Credit Card Purchases | |
| **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No  ☐ Yes | |

**3.3**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $8,828.94 |
|---|---|---|
| Citibank | ■ Contingent | |
| PO Box 6500 | ☐ Unliquidated | |
| Sioux Falls, SD 57117 | ■ Disputed | |
| **Date(s) debt was incurred** _ | **Basis for the claim:**  Credit Card Purchases | |
| **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No  ☐ Yes | |

**3.4**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $250.00 |
|---|---|---|
| CitiBank - Home Depot | ■ Contingent | |
| PO Box 790328 | ☐ Unliquidated | |
| Saint Louis, MO 63179 | ■ Disputed | |
| **Date(s) debt was incurred** _ | **Basis for the claim:**  Credit Card Purchases | |
| **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No  ☐ Yes | |

**3.5**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $11,300.00 |
|---|---|---|
| Commerce Bank | ■ Contingent | |
| Attn Bankruptcy Notices | ☐ Unliquidated | |
| PO Box 419248 KCREC-10 | ■ Disputed | |
| Kansas City, MO 64141 | | |
| **Date(s) debt was incurred** _ | **Basis for the claim:**  Credit Card Purchases | |
| **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

**3.6** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $500.00

Crawford Sales Company
1377 South Hamilton Circle
Olathe, KS 66061

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _Trade Debt_

Is the claim subject to offset? ■ No ☐ Yes

---

**3.7** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $10,116.63

Discover Bank
PO Box 30416
Salt Lake City, UT 84130

■ Contingent
☐ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _Credit Card Purchases_

Is the claim subject to offset? ■ No ☐ Yes

---

**3.8** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $9,563.12

Evergy Inc
PO Box 11739
Kansas City, MO 64138

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _Utility Service_

Is the claim subject to offset? ■ No ☐ Yes

---

**3.9** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $16,895.73

Forward Financing
53 State Street
20th Floor
Boston, MA 02109

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _Loan_

Is the claim subject to offset? ■ No ☐ Yes

---

**3.10** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,845.35

Kansas Gas Service
PO Box 219046
Kansas City, MO 64121

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _Utility Service_

Is the claim subject to offset? ■ No ☐ Yes

---

**3.11** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $400.00

Midwest Distribution
1220 NW Main St. Ste A
Lees Summit, MO 64086

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _Trade Debt_

Is the claim subject to offset? ■ No ☐ Yes

---

**3.12** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,366.00

Mill Creek Shopping Center
% Rovira Property Management LLC
12394 SW 82nd Avenue
Miami, FL 33156

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _Unpaid Rent_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,400.00 |
|---|---|---|---|

Reinhart Foods LTD
235 Yorland Blvd, Suite 1100
Toronto, ON
M2J 4Y8

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Trade Debt

**Last 4 digits of account number** _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,935.88 |
|---|---|---|---|

Rewards Newtwork
540 West Madison Street
Suite 2400
Chicago, IL 60661

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Loan

**Last 4 digits of account number** _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $20,179.07 |
|---|---|---|---|

Sheels Visa - FNBO
PO Box 2557
Omaha, NE 68103-2557

■ Contingent
☐ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Credit Card Purchases

**Last 4 digits of account number** _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,400.00 |
|---|---|---|---|

Sysco Foods
1915 East Kansas City Road
Olathe, KS 66061

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Trade Debt

**Last 4 digits of account number** _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,400.00 |
|---|---|---|---|

US Foods
9399 West Higgins Road
Suite 100
Des Plaines, IL 60018

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Trade Debt

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $16,046.82 |
|---|---|---|---|

YouLend, LLC
1175 Peachtree Street NE
Atlanta, GA 30361

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Loan

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**Part 3:**   **List Others to Be Notified About Unsecured Claims**

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

| Debtor | JM Grove, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | Attorney General<br>Main Justice Building<br>950 Pennsylvania Avenue NW<br>Washington, DC 20530-0001 | Line  2.2 <br><br>☐ Not listed. Explain ____ | _ |
| 4.2 | Chase Rapid Rewards<br>PO Box 15123<br>Wilmington, DE 19850-5123 | Line  3.2 <br><br>☐ Not listed. Explain ____ | _ |
| 4.3 | Citibank<br>PO Box 790046<br>Saint Louis, MO 63179-0046 | Line  3.3 <br><br>☐ Not listed. Explain ____ | _ |
| 4.4 | Commerce Bank<br>811 Main Street, KCBC-10<br>Kansas City, MO 64105 | Line  3.5 <br><br>☐ Not listed. Explain ____ | _ |
| 4.5 | Discover Bank<br>PO Box 6103<br>Carol Stream, IL 60197 | Line  3.7 <br><br>☐ Not listed. Explain ____ | _ |
| 4.6 | Evergy Inc<br>PO Box 219330<br>Kansas City, MO 64121-9330 | Line  3.8 <br><br>☐ Not listed. Explain ____ | _ |
| 4.7 | First National Bank of Omaha<br>1601 Capitol Avenue<br>Omaha, NE 68102 | Line  3.15 <br><br>☐ Not listed. Explain ____ | _ |
| 4.8 | Internal Revenue Service<br>Attn: Insolvency/Advisory<br>Mail Stop 5334 LSM<br>2850 NE Independence Ave<br>Lees Summit, MO 64064 | Line  2.2 <br><br>☐ Not listed. Explain ____ | _ |
| 4.9 | Kansas Attorney General<br>120 SW 10th Avenue<br>2nd Floor<br>Topeka, KS 66612 | Line  2.5 <br><br>☐ Not listed. Explain ____ | _ |
| 4.10 | US Attorney<br>US Courthouse<br>500 State Avenue, Rm 360<br>Kansas City, KS 66101 | Line  2.2 <br><br>☐ Not listed. Explain ____ | _ |

**Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims**

5.  Add the amounts of priority and nonpriority unsecured claims.

| | | | Total of claim amounts |
|---|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ | 128,147.92 |
| **5b. Total claims from Part 2** | 5b.  + | $ | 127,062.58 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ | 255,210.50 |

Official Form 206 E/F                     Schedule E/F: Creditors Who Have Unsecured Claims                     Page 6 of 6

Debtor name   JM Grove, LLC

United States Bankruptcy Court for the:   DISTRICT OF KANSAS

Case number (if known)   _____

☐ Check if this is an
  amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.   **Does the debtor have any executory contracts or unexpired leases?**
     ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
     ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal  Property* (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| **2.1.** State what the contract or lease is for and the nature of the debtor's interest — Revenue Sharing Agreement for Pool Tables & Dart Machines | |
| State the term remaining | Entertainment Experts |
| List the contract number of any government contract | 1138 Cheyene Avenue Kansas City, KS 66105 |
| **2.2.** State what the contract or lease is for and the nature of the debtor's interest — Lease of Business Location | |
| State the term remaining — Lease Expires 7/2029 | Mill Creek Shopping Center % Rovira Property Management LLC |
| List the contract number of any government contract | 12394 SW 82nd Avenue Miami, FL 33156 |

Fill in this information to identify the case:

Debtor name    JM Grove, LLC

United States Bankruptcy Court for the:    DISTRICT OF KANSAS

Case number (if known) _____

☐ Check if this is an
    amended filing

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

### 1. Do you have any codebtors?

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|
| Name | Mailing Address | Name | Check all schedules that apply: |
| 2.1   Jordan Grove | 1825 SW Merryman Drive<br>Lees Summit, MO 64082 | The Central Trust Bank | ■ D   2.2<br>☐ E/F _____<br>☐ G _____ |

Debtor name    JM Grove, LLC

United States Bankruptcy Court for the:   DISTRICT OF KANSAS

Case number (if known) _____

☐ Check if this is an amended filing

# Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals
**12/15**

---

**Part 1:**   **Summary of Assets**

---

1. ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

      1a. **Real property:**
         Copy line 88 from *Schedule A/B*..................................................................................  $ _____0.00_

      1b. **Total personal property:**
         Copy line 91A from *Schedule A/B*...............................................................................  $ ____55,730.00_

      1c. **Total of all property:**
         Copy line 92 from *Schedule A/B*.................................................................................  $ ____55,730.00_

---

**Part 2:**   **Summary of Liabilities**

---

2. ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*.....................  $ ____227,163.73_

3. ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

      3a. **Total claim amounts of priority unsecured claims:**
         Copy the total claims from Part 1 from line 5a of *Schedule E/F*....................................  $ ____128,147.92_

      3b. **Total amount of claims of nonpriority amount of unsecured claims:**
         Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*..............  +$ ____127,062.58_

4. **Total liabilities** ........................................................................................................
   Lines 2 + 3a + 3b                    $ ____482,374.23_

Debtor name   JM Grove, LLC

United States Bankruptcy Court for the:  DISTRICT OF KANSAS

Case number (if known) _____

☐ Check if this is an
    amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■   *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■   *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■   *Schedule H: Codebtors* (Official Form 206H)
- ■   *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐   Amended *Schedule* _____
- ■   *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐   Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   February 4, 2025      **X** /s/ Jordan Grove
                                       Signature of individual signing on behalf of debtor

                                       Jordan Grove
                                       Printed name

                                       Member
                                       Position or relationship to debtor

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF KANSAS
### AT KANSAS CITY

IN RE:                                    )
                                          )      Case No.
JM GROVE, LLC,                            )      Chapter 11
                                          )      Subchapter V
       DEBTOR.      )

## DEBTOR'S DECLARATION UNDER PENALTY OF PERJURY AND NOTICE OF COMPLIANCE WITH FED. R. BANKR. P. 7007.1 AND LOCAL RULE 1007.1

Comes now the Debtor, JM Gove, LLC, and hereby makes the following statements and declarations under penalty of perjury regarding the following documents required by Fed. R. Bankr. P. 7007.1 and Local Rule 1007.1:

1. Corporate Resolution Statement is attached hereto.

2. Balance Sheet not currently in Debtor's possession, but will supplement.

3. Statement of Operations has not been prepared.

4. Cash Flow Statement has not been prepared.

5. 2023 Federal Income Tax Returns are attached hereto.

JM Gove, LLC

By: Jordan Grove
Member

**RESOLUTIONS BY**
**THE MEMBERS/SHAREHOLDERS OF**
**JM GROVE, LLC**

At a meeting of all of the Members/Shareholders of JM Grove, LLC duly held at the office of said Company/Corporation on the 4th day of February 2025, the following Resolutions were adopted.

RESOLVED: that JM Grove, LLC will file a Chapter 11 Bankruptcy Proceeding in the United States Bankruptcy Court for the District of Kansas, and that Evans & Mullinix, P.A. will be the attorneys JM Grove, LLC in this bankruptcy proceeding; and

RESOLVED: that Jordan Grove, President of JM Grove, LLC, is hereby authorized and instructed to sign all of the appropriate documents and take such action as is necessary and required of JM Grove, LLC to comply with the local rules of court and the statutory requirements as set forth in the Bankruptcy Code and Local Bankruptcy Rules.

Notice of the time and place of said meeting is hereby waived by the Members/Shareholders.

By: Jordan Grove
President

STATE OF KANSAS            )
                           ) ss:
COUNTY OF JOHNSON          )

Jordan Grove, being duly sworn, says that he/she is the President of JM Grove, LLC, a corporation/company of the State of Kansas, authorized to do business in the State of Kansas and that the foregoing is a true and correct copy of the Resolutions adopted by said Company/Corporation on the 4th day of February 2025.

By: Jordan Grove
President
JM Grove, LLC

Subscribed and sworn to before me this 4th day of February 2025.

SHELBI HINDS
My Appt. Exp. 9|15|25

Notary Public

| Form **1120-S** | | **U.S. Income Tax Return for an S Corporation** | | OMB No. 1545-0123 |
|---|---|---|---|---|
| Department of the Treasury<br>Internal Revenue Service | | Do not file this form unless the corporation has filed or<br>is attaching Form 2553 to elect to be an S corporation.<br>Go to *www.irs.gov/Form1120S* for instructions and the latest information. | | **2023** |

For calendar year 2023 or tax year beginning _____ , ending _____

| A | S election effective date<br>01/01/18 | **TYPE** | Name<br>JM GROVE, LLC | D | Employer identification number<br>46-4464249 |
|---|---|---|---|---|---|
| B | Business activity code<br>number (see instructions)<br>111100 | **OR** | Number, street, and room or suite no. If a P.O. box, see instructions.<br>13410 W. 62ND TERRACE | E | Date incorporated<br>01/01/2018 |
| C | Check if Sch. M-3<br>attached ☐ | **PRINT** | City or town, state or province, country, and ZIP or foreign postal code<br>SHAWNEE                KS 66203 | F | Total assets (see instructions) |
| | | | | $ | 23,555 |

G Is the corporation electing to be an S corporation beginning with this tax year? See instructions. ☐ Yes ☒ No

H Check if: **(1)** ☐ Final return **(2)** ☐ Name change **(3)** ☐ Address change **(4)** ☐ Amended return **(5)** ☐ S election termination

I Enter the number of shareholders who were shareholders during any part of the tax year ........................ 1

J Check if corporation: **(1)** ☐ Aggregated activities for section 465 at-risk purposes **(2)** ☐ Grouped activities for section 469 passive activity purposes

**Caution:** Include **only** trade or business income and expenses on lines 1a through 22. See the instructions for more information.

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| **Income** | 1a | Gross receipts or sales | 973,356 | **b** Less Returns and allowances | | **c** Balance | 1c | 973,356 |
| | 2 | Cost of goods sold (attach Form 1125-A) | | | | | 2 | 466,079 |
| | 3 | Gross profit. Subtract line 2 from line 1c | | | | | 3 | 507,277 |
| | 4 | Net gain (loss) from Form 4797, line 17 (attach Form 4797) | | | | | 4 | 12,577 |
| | 5 | Other income (loss) (see instructions—attach statement) | | | | | 5 | |
| | 6 | **Total income (loss).** Add lines 3 through 5 | | | | | 6 | 519,854 |

| | | | |
|---|---|---|---|
| **Deductions (see instructions for limitations)** | 7 | Compensation of officers (see instructions–attach Form 1125-E) | 7 | 37,400 |
| | 8 | Salaries and wages (less employment credits) | 8 | 278,247 |
| | 9 | Repairs and maintenance | 9 | 18,594 |
| | 10 | Bad debts | 10 | |
| | 11 | Rents | 11 | 93,741 |
| | 12 | Taxes and licenses | 12 | 33,087 |
| | 13 | Interest (see instructions) | 13 | 32,726 |
| | 14 | Depreciation from Form 4562 not claimed on Form 1125-A or elsewhere on return (attach Form 4562) | 14 | 1,900 |
| | 15 | Depletion (**Do not deduct oil and gas depletion.**) | 15 | |
| | 16 | Advertising | 16 | 10,527 |
| | 17 | Pension, profit-sharing, etc., plans | 17 | |
| | 18 | Employee benefit programs | 18 | |
| | 19 | Energy efficient commercial buildings deduction (attach Form 7205) | 19 | |
| | 20 | Other deductions (attach statement)                     SEE STMT 1 | 20 | 147,864 |
| | 21 | **Total deductions.** Add lines 7 through 20 | 21 | 654,086 |
| | 22 | Ordinary business income (loss). Subtract line 21 from line 6 | 22 | -134,232 |

| | | | | | |
|---|---|---|---|---|---|
| **Tax and Payments** | 23a | Excess net passive income or LIFO recapture tax (see instructions) | 23a | | |
| | b | Tax from Schedule D (Form 1120-S) | 23b | | |
| | c | Add lines 23a and 23b (see instructions for additional taxes) | | | 23c | |
| | 24a | Current year's estimated tax payments & preceding year's overpayment credited to the current year | 24a | | |
| | b | Tax deposited with Form 7004 | 24b | | |
| | c | Credit for federal tax paid on fuels (attach Form 4136) | 24c | | |
| | d | Elective payment election amount from Form 3800 | 24d | | |
| | z | Add lines 24a through 24d | | | 24z | |
| | 25 | Estimated tax penalty (see instructions). Check if Form 2220 is attached ☐ | | | 25 | |
| | 26 | **Amount owed.** If line 24z is smaller than the total of lines 23c and 25, enter amount owed | | | 26 | |
| | 27 | **Overpayment.** If line 24z is larger than the total of lines 23c and 25, enter amount overpaid | | | 27 | |
| | 28 | Enter amount from line 27: **Credited to 2024 estimated tax** | | Refunded | 28 | |

| **Sign Here** | Under penalties of perjury, I declare that I have examined this return, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge. | | May the IRS discuss this return with the preparer<br>shown below? See instructions. ☒ Yes ☐ No |
|---|---|---|---|
| | Signature of officer    JORDAN GROVE | Date | Title<br>MANAGING MEMBER |

| **Paid<br>Preparer<br>Use Only** | Print/Type preparer's name<br>REBECCA S. RONNING | Preparer's signature<br>REBECCA S. RONNING | Date<br>10/14/24 | Check ☐ if<br>self-employed | PTIN |
|---|---|---|---|---|---|
| | Firm's name    NOVAK BIRKS, P.C. | | | Firm's EIN | 43-1122456 |
| | Firm's address 10901 W. 84TH TERRACE, SUITE 240<br>LENEXA, KS                66214 | | | Phone no. | 913-631-5626 |

For Paperwork Reduction Act Notice, see separate instructions.

DAA

Form **1120-S** (2023)

## Schedule B     Other Information (see instructions)

|  |  | Yes | No |
|---|---|---|---|
| 1 | Check accounting method:  a ☒ Cash  b ☐ Accrual  c ☐ Other (specify) | | |
| 2 | See the instructions and enter the: | | |
|  | a Business activity RESTAURANT/BAR    b Product or service SERVICE | | |
| 3 | At any time during the tax year, was any shareholder of the corporation a disregarded entity, a trust, an estate, or a nominee or similar person? If "Yes," attach Schedule B-1, Information on Certain Shareholders of an S Corporation | | X |
| 4 | At the end of the tax year, did the corporation: | | |
| a | Own directly 20% or more, or own, directly or indirectly, 50% or more of the total stock issued and outstanding of any foreign or domestic corporation? For rules of constructive ownership, see instructions. If "Yes," complete (i) through (v) below | | X |

| (i) Name of Corporation | (ii) Employer Identification Number (if any) | (iii) Country of Incorporation | (iv) Percentage of Stock Owned | (v) If Percentage in (iv) Is 100%, Enter the Date (if applicable) a Qualified Subchapter S Subsidiary Election Was Made |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |

| | | Yes | No |
|---|---|---|---|
| b | Own directly an interest of 20% or more, or own, directly or indirectly, an interest of 50% or more in the profit, loss, or capital in any foreign or domestic partnership (including an entity treated as a partnership) or in the beneficial interest of a trust? For rules of constructive ownership, see instructions. If "Yes," complete (i) through (v) below | | X |

| (i) Name of Entity | (ii) Employer Identification Number (if any) | (iii) Type of Entity | (iv) Country of Organization | (v) Maximum Percentage Owned in Profit, Loss, or Capital |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |

| | | Yes | No |
|---|---|---|---|
| 5a | At the end of the tax year, did the corporation have any outstanding shares of restricted stock? | | X |
| | If "Yes," complete lines (i) and (ii) below. | | |
| | (i) Total shares of restricted stock | | |
| | (ii) Total shares of non-restricted stock | | |
| b | At the end of the tax year, did the corporation have any outstanding stock options, warrants, or similar instruments? | | X |
| | If "Yes," complete lines (i) and (ii) below. | | |
| | (i) Total shares of stock outstanding at the end of the tax year | | |
| | (ii) Total shares of stock outstanding if all instruments were executed | | |
| 6 | Has this corporation filed, or is it required to file, Form 8918, Material Advisor Disclosure Statement, to provide information on any reportable transaction? | | X |
| 7 | Check this box if the corporation issued publicly offered debt instruments with original issue discount ☐ | | |
| | If checked, the corporation may have to file Form 8281, Information Return for Publicly Offered Original Issue Discount Instruments. | | |
| 8 | If the corporation (a) was a C corporation before it elected to be an S corporation or the corporation acquired an asset with a basis determined by reference to the basis of the asset (or the basis of any other property) in the hands of a C corporation, and (b) has net unrealized built-in gain in excess of the net recognized built-in gain from prior years, enter the net unrealized built-in gain reduced by net recognized built-in gain from prior years. See instructions   $ | | |
| 9 | Did the corporation have an election under section 163(j) for any real property trade or business or any farming business in effect during the tax year? See instructions | | X |
| 10 | Does the corporation satisfy one or more of the following? See instructions | | X |
| a | The corporation owns a pass-through entity with current, or prior year carryover, excess business interest expense. | | |
| b | The corporation's aggregate average annual gross receipts (determined under section 448(c)) for the 3 tax years preceding the current tax year are more than $29 million and the corporation has business interest expense. | | |
| c | The corporation is a tax shelter and the corporation has business interest expense. | | |
| | If "Yes," complete and attach Form 8990, Limitation on Business Interest Expense Under Section 163(j). | | |
| 11 | Does the corporation satisfy both of the following conditions? | | X |
| a | The corporation's total receipts (see instructions) for the tax year were less than $250,000. | | |
| b | The corporation's total assets at the end of the tax year were less than $250,000. | | |
| | If "Yes," the corporation is not required to complete Schedules L and M-1. | | |

Form **1120-S** (2023)

## Schedule B    Other Information (see instructions) (continued)

| | | | | Yes | No |
|---|---|---|---|---|---|
| 12 | During the tax year, did the corporation have any non-shareholder debt that was canceled, was forgiven, or had the terms modified so as to reduce the principal amount of the debt? | | | | X |
| | If "Yes," enter the amount of principal reduction ................................................................... $ | | | | |
| 13 | During the tax year, was a qualified subchapter S subsidiary election terminated or revoked? If "Yes," see instructions ............................ | | | | X |
| 14a | Did the corporation make any payments in 2023 that would require it to file Form(s) 1099? ................................................... | | | X | |
| b | If "Yes," did or will the corporation file required Form(s) 1099? ................................................................................... | | | X | |
| 15 | Is the corporation attaching Form 8996 to certify as a Qualified Opportunity Fund? ................................................................ | | | | X |
| | If "Yes," enter the amount from Form 8996, line 15 ................................................................ $ | | | | |
| 16 | At any time during the tax year, did the corporation: (a) receive (as a reward, award, or payment for property or services); or (b) sell, exchange, or otherwise dispose of a digital asset (or a financial interest in a digital asset)? See instructions | | | | X |

## Schedule K    Shareholders' Pro Rata Share Items

| | | | Total amount |
|---|---|---|---|
| Income (Loss) | 1 | Ordinary business income (loss) (page 1, line 22) | 1 | -134,232 |
| | 2 | Net rental real estate income (loss) (attach Form 8825) | 2 | |
| | 3a | Other gross rental income (loss) ............ 3a | | |
| | b | Expenses from other rental activities (attach statement) .... 3b | | |
| | c | Other net rental income (loss). Subtract line 3b from line 3a | 3c | |
| | 4 | Interest income | 4 | |
| | 5 | Dividends: a Ordinary dividends | 5a | |
| | | b Qualified dividends ............ 5b | | |
| | 6 | Royalties | 6 | |
| | 7 | Net short-term capital gain (loss) (attach Schedule D (Form 1120-S)) | 7 | |
| | 8a | Net long-term capital gain (loss) (attach Schedule D (Form 1120-S)) | 8a | |
| | b | Collectibles (28%) gain (loss) ............ 8b | | |
| | c | Unrecaptured section 1250 gain (attach statement) ............ 8c | | |
| | 9 | Net section 1231 gain (loss) (attach Form 4797) | 9 | |
| | 10 | Other income (loss) (see instructions) ............ Type: | 10 | |
| Deductions | 11 | Section 179 deduction (attach Form 4562) | 11 | |
| | 12a | Charitable contributions | 12a | |
| | b | Investment interest expense | 12b | |
| | c | Section 59(e)(2) expenditures ............ Type: | 12c | |
| | d | Other deductions (see instructions) ............ Type: | 12d | |
| Credits | 13a | Low-income housing credit (section 42(j)(5)) | 13a | |
| | b | Low-income housing credit (other) | 13b | |
| | c | Qualified rehabilitation expenditures (rental real estate) (attach Form 3468, if applicable) | 13c | |
| | d | Other rental real estate credits (see instructions)    Type: | 13d | |
| | e | Other rental credits (see instructions)    Type: | 13e | |
| | f | Biofuel producer credit (attach Form 6478) | 13f | |
| | g | Other credits (see instructions) ............ Type:    STMT 2 | 13g | 15,452 |
| Inter-national | 14 | Attach Schedule K-2 (Form 1120-S), Shareholders' Pro Rata Share Items—International, and check this box to indicate you are reporting items of international tax relevance ☐ | | |
| Alternative Minimum Tax (AMT) Items | 15a | Post-1986 depreciation adjustment | 15a | |
| | b | Adjusted gain or loss | 15b | |
| | c | Depletion (other than oil and gas) | 15c | |
| | d | Oil, gas, and geothermal properties – gross income | 15d | |
| | e | Oil, gas, and geothermal properties – deductions | 15e | |
| | f | Other AMT items (attach statement) | 15f | |
| Items Affecting Shareholder Basis | 16a | Tax-exempt interest income | 16a | |
| | b | Other tax-exempt income | 16b | |
| | c | Nondeductible expenses | 16c | 15,452 |
| | d | Distributions (attach statement if required) (see instructions) | 16d | 20,438 |
| | e | Repayment of loans from shareholders | 16e | |
| | f | Foreign taxes paid or accrued | 16f | |

Form **1120-S** (2023)

Case 25-20111    Doc# 1    Filed 02/04/25    Page 32 of 69

| Schedule K | Shareholders' Pro Rata Share Items *(continued)* | | | Total amount |
|---|---|---|---|---|
| Other Information | 17a Investment income | | 17a | |
| | b Investment expenses | | 17b | |
| | c Dividend distributions paid from accumulated earnings and profits | | 17c | |
| | d Other items and amounts (attach statement) | SEE STATEMENT 3 | | |
| Recon-ciliation | 18 Income (loss) reconciliation. Combine the total amounts on lines 1 through 10. From the result, subtract the sum of the amounts on lines 11 through 12d and 16f | | 18 | -134,232 |

| Schedule L | Balance Sheets per Books | Beginning of tax year | | End of tax year | |
|---|---|---|---|---|---|
| | Assets | (a) | (b) | (c) | (d) |
| 1 | Cash | | 24,106 | | -17,243 |
| 2a | Trade notes and accounts receivable | 22,613 | | 25,983 | |
| b | Less allowance for bad debts | ( 0) | 22,613 | ( 0) | 25,983 |
| 3 | Inventories | | | | |
| 4 | U.S. government obligations | | | | |
| 5 | Tax-exempt securities (see instructions) | | | | |
| 6 | Other current assets (attach statement) STMT 4 | | 2,600 | | 1,000 |
| 7 | Loans to shareholders | | | | |
| 8 | Mortgage and real estate loans | | | | |
| 9 | Other investments (attach statement) | | | | |
| 10a | Buildings and other depreciable assets | 66,916 | | 17,504 | |
| b | Less accumulated depreciation | ( 66,916) | 0 | ( 9,904) | 7,600 |
| 11a | Depletable assets | | | | |
| b | Less accumulated depletion | ( ) | | ( ) | |
| 12 | Land (net of any amortization) | | | | |
| 13a | Intangible assets (amortizable only) | | | | |
| b | Less accumulated amortization | ( ) | | ( ) | |
| 14 | Other assets (attach statement) STMT 5 | | 6,215 | | 6,215 |
| 15 | Total assets | | 55,534 | | 23,555 |
| | **Liabilities and Shareholders' Equity** | | | | |
| 16 | Accounts payable | | | | |
| 17 | Mortgages, notes, bonds payable in less than 1 year | | | | |
| 18 | Other current liabilities (attach statement) STMT 6 | | 58,263 | | 212,553 |
| 19 | Loans from shareholders | | | | |
| 20 | Mortgages, notes, bonds payable in 1 year or more | | 77,694 | | 61,547 |
| 21 | Other liabilities (attach statement) | | | | |
| 22 | Capital stock | | 100 | | 100 |
| 23 | Additional paid-in capital | | | | |
| 24 | Retained earnings | | -80,523 | | -250,645 |
| 25 | Adjustments to shareholders' equity (attach statement) | | | | |
| 26 | Less cost of treasury stock | | ( ) | | ( ) |
| 27 | Total liabilities and shareholders' equity | | 55,534 | | 23,555 |

Form **1120-S** (2023)

Case 25-20111    Doc# 1    Filed 02/04/25    Page 33 of 69

## Schedule M-1 Reconciliation of Income (Loss) per Books With Income (Loss) per Return

**Note:** The corporation may be required to file Schedule M-3. See instructions.

| | | | | |
|---|---|---|---|---|
| 1 | Net income (loss) per books | **-149,684** | 5 | Income recorded on books this year not included on Schedule K, lines 1 through 10 (itemize): |
| 2 | Income included on Schedule K, lines 1, 2, 3c, 4, 5a, 6, 7, 8a, 9, and 10, not recorded on books this year (itemize): | | **a** | Tax-exempt interest $ |
| 3 | Expenses recorded on books this year not included on Schedule K, lines 1 through 12 and 16f (itemize): | | 6 | Deductions included on Schedule K, lines 1 through 12, and 16f, not charged against book income this year (itemize): |
| **a** | Depreciation $ | | **a** | Depreciation $ |
| **b** | Travel and entertainment $ | | | |
| | STMT 7       15,452 | **15,452** | 7 | Add lines 5 and 6 |
| 4 | Add lines 1 through 3 | **-134,232** | 8 | Income (loss) (Schedule K, line 18). Subtract line 7 from line 4    **-134,232** |

## Schedule M-2 Analysis of Accumulated Adjustments Account, Shareholders' Undistributed Taxable Income Previously Taxed, Accumulated Earnings and Profits, and Other Adjustments Account

(see instructions)

| | | (a) Accumulated adjustments account | (b) Shareholders' undistributed taxable income previously taxed | (c) Accumulated earnings and profits | (d) Other adjustments account |
|---|---|---|---|---|---|
| 1 | Balance at beginning of tax year | **-110,399** | **-15,824** | | **52,700** |
| 2 | Ordinary income from page 1, line 22 | | | | |
| 3 | Other additions | | | | |
| 4 | Loss from page 1, line 22 | ( **134,232** | | | |
| 5 | Other reductions     STMT 8 | ( **15,452** | | | ( ) |
| 6 | Combine lines 1 through 5 | **-260,083** | **-15,824** | | **52,700** |
| 7 | Distributions | **20,438** | | | |
| 8 | Balance at end of tax year. Subtract line 7 from line 6 | **-280,521** | **-15,824** | | **52,700** |

Form **1120-S** (2023)

Form **4797**

Department of the Treasury
Internal Revenue Service

## Sales of Business Property
### (Also Involuntary Conversions and Recapture Amounts Under Sections 179 and 280F(b)(2))
Attach to your tax return.
Go to *www.irs.gov/Form4797* for instructions and the latest information.

OMB No. 1545-0184

**2023**

Attachment Sequence No. **27**

Name(s) shown on return

JM GROVE, LLC

Identifying number

46-4464249

| | | | |
|---|---|---|---|
| **1a** | Enter the gross proceeds from sales or exchanges reported to you for 2023 on Form(s) 1099-B or 1099-S (or substitute statement) that you are including on line 2, 10, or 20. See instructions | **1a** | |
| **b** | Enter the total amount of gain that you are including on lines 2, 10, and 24 due to the partial dispositions of MACRS assets | **1b** | |
| **c** | Enter the total amount of loss that you are including on lines 2 and 10 due to the partial dispositions of MACRS assets | **1c** | |

### Part I    Sales or Exchanges of Property Used in a Trade or Business and Involuntary Conversions From Other Than Casualty or Theft—Most Property Held More Than 1 Year (see instructions)

| **2** | (a) Description of property | (b) Date acquired (mo., day, yr.) | (c) Date sold (mo., day, yr.) | (d) Gross sales price | (e) Depreciation allowed or allowable since acquisition | (f) Cost or other basis, plus improvements and expense of sale | (g) Gain or (loss) Subtract (f) from the sum of (d) and (e) |
|---|---|---|---|---|---|---|---|
| | | | | | | | |
| | | | | | | | |

| | | | |
|---|---|---|---|
| **3** | Gain, if any, from Form 4684, line 39 | **3** | |
| **4** | Section 1231 gain from installment sales from Form 6252, line 26 or 37 | **4** | |
| **5** | Section 1231 gain or (loss) from like-kind exchanges from Form 8824 | **5** | |
| **6** | Gain, if any, from line 32, from other than casualty or theft | **6** | |
| **7** | Combine lines 2 through 6. Enter the gain or (loss) here and on the appropriate line as follows | **7** | 0 |

Partnerships and S corporations. Report the gain or (loss) following the instructions for Form 1065, Schedule K, line 10, or Form 1120-S, Schedule K, line 9. Skip lines 8, 9, 11, and 12 below.

Individuals, partners, S corporation shareholders, and all others. If line 7 is zero or a loss, enter the amount from line 7 on line 11 below and skip lines 8 and 9. If line 7 is a gain and you didn't have any prior year section 1231 losses, or they were recaptured in an earlier year, enter the gain from line 7 as a long-term capital gain on the Schedule D filed with your return and skip lines 8, 9, 11, and 12 below.

| | | | |
|---|---|---|---|
| **8** | Nonrecaptured net section 1231 losses from prior years. See instructions | **8** | |
| **9** | Subtract line 8 from line 7. If zero or less, enter -0-. If line 9 is zero, enter the gain from line 7 on line 12 below. If line 9 is more than zero, enter the amount from line 8 on line 12 below and enter the gain from line 9 as a long-term capital gain on the Schedule D filed with your return. See instructions | **9** | |

### Part II    Ordinary Gains and Losses (see instructions)

| **10** | Ordinary gains and losses not included on lines 11 through 16 (include property held 1 year or less): | | | | | | |
|---|---|---|---|---|---|---|---|
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

| | | | |
|---|---|---|---|
| **11** | Loss, if any, from line 7 | **11** | ( ) |
| **12** | Gain, if any, from line 7 or amount from line 8, if applicable | **12** | |
| **13** | Gain, if any, from line 31 | **13** | 12,577 |
| **14** | Net gain or (loss) from Form 4684, lines 31 and 38a | **14** | |
| **15** | Ordinary gain from installment sales from Form 6252, line 25 or 36 | **15** | |
| **16** | Ordinary gain or (loss) from like-kind exchanges from Form 8824 | **16** | |
| **17** | Combine lines 10 through 16 | **17** | 12,577 |
| **18** | For all except individual returns, enter the amount from line 17 on the appropriate line of your return and skip lines a and b below. For individual returns, complete lines a and b below. | | |
| **a** | If the loss on line 11 includes a loss from Form 4684, line 35, column (b)(ii), enter that part of the loss here. Enter the loss from income-producing property on Schedule A (Form 1040), line 16. (Do not include any loss on property used as an employee.) Identify as from "Form 4797, line 18a." See instructions | **18a** | |
| **b** | Redetermine the gain or (loss) on line 17 excluding the loss, if any, on line 18a. Enter here and on Schedule 1 (Form 1040), Part I, line 4 | **18b** | |

For Paperwork Reduction Act Notice, see separate instructions.

Form **4797** (2023)

DAA

Case 25-20111   Doc# 1   Filed 02/04/25   Page 35 of 69

Form 4797 (2023)  **JM GROVE, LLC**                    46-4464249                         Page **2**

### Part III    Gain From Disposition of Property Under Sections 1245, 1250, 1252, 1254, and 1255
(see instructions)

| 19 | (a) Description of section 1245, 1250, 1252, 1254, or 1255 property: | | | | | (b) Date acquired (mo., day, yr.) | (c) Date sold (mo., day, yr.) |
|---|---|---|---|---|---|---|---|
| A | 2017 GMC SIERRA | | | | | 08/19/17 | 02/28/23 |
| B | | | | | | | |
| C | | | | | | | |
| D | | | | | | | |

| | These columns relate to the properties on lines 19A through 19D. | | Property A | Property B | Property C | Property D |
|---|---|---|---|---|---|---|
| 20 | Gross sales price (**Note:** *See line 1a before completing.*) | 20 | 12,577 | | | |
| 21 | Cost or other basis plus expense of sale | 21 | 58,912 | | | |
| 22 | Depreciation (or depletion) allowed or allowable | 22 | 58,912 | | | |
| 23 | Adjusted basis. Subtract line 22 from line 21 | 23 | 0 | | | |
| 24 | Total gain. Subtract line 23 from line 20 | 24 | 12,577 | | | |
| 25 | If section 1245 property: | | | | | |
| a | Depreciation allowed or allowable from line 22 | 25a | 58,912 | | | |
| b | Enter the **smaller** of line 24 or 25a | 25b | 12,577 | | | |
| 26 | If section 1250 property: If straight line depreciation was used, | | | | | |
| | enter -0- on line 26g, except for a corporation subject to section 291. | | | | | |
| a | Additional depreciation after 1975. See instructions | 26a | | | | |
| b | Applicable percentage multiplied by the **smaller** of line | | | | | |
| | 24 or line 26a. See instructions | 26b | | | | |
| c | Subtract line 26a from line 24. If residential rental property | | | | | |
| | **or** line 24 isn't more than line 26a, skip lines 26d and 26e | 26c | | | | |
| d | Additional depreciation after 1969 and before 1976 | 26d | | | | |
| e | Enter the **smaller** of line 26c or 26d | 26e | | | | |
| f | Section 291 amount (corporations only) | 26f | | | | |
| g | Add lines 26b, 26e, and 26f | 26g | | | | |
| 27 | If section 1252 property: Skip this section if you didn't | | | | | |
| | dispose of farmland or if this form is being completed | | | | | |
| | for a partnership. | | | | | |
| a | Soil, water, and land clearing expenses | 27a | | | | |
| b | Line 27a multiplied by applicable percentage. See instructions | 27b | | | | |
| c | Enter the **smaller** of line 24 or 27b | 27c | | | | |
| 28 | If section 1254 property: | | | | | |
| a | Intangible drilling and development costs, expenditures | | | | | |
| | for development of mines and other natural deposits, | | | | | |
| | mining exploration costs, and depletion. See instructions | 28a | | | | |
| b | Enter the **smaller** of line 24 or 28a | 28b | | | | |
| 29 | If section 1255 property: | | | | | |
| a | Applicable percentage of payments excluded from | | | | | |
| | income under section 126. See instructions | 29a | | | | |
| b | Enter the **smaller** of line 24 or 29a. See instructions | 29b | | | | |

**Summary of Part III Gains.** Complete property columns A through D through line 29b before going to line 30.

| 30 | Total gains for all properties. Add property columns A through D, line 24 | 30 | 12,577 |
|---|---|---|---|
| 31 | Add property columns A through D, lines 25b, 26g, 27c, 28b, and 29b. | | |
| | Enter here and on line 13 | 31 | 12,577 |
| 32 | Subtract line 31 from line 30. Enter the portion from casualty or theft on Form 4684, line 33. Enter the portion from | | |
| | other than casualty or theft on Form 4797, line 6 | 32 | 0 |

### Part IV    Recapture Amounts Under Sections 179 and 280F(b)(2) When Business Use Drops to 50% or Less
(see instructions)

| | | | (a) Section 179 | (b) Section 280F(b)(2) |
|---|---|---|---|---|
| 33 | Section 179 expense deduction or depreciation allowable in prior years | 33 | | |
| 34 | Recomputed depreciation. See instructions | 34 | | |
| 35 | Recapture amount. Subtract line 34 from line 33. See the instructions for where to report | 35 | | |

Form **4797** (2023)

Form **1125-A**

(Rev. November 2018)

Department of the Treasury
Internal Revenue Service

## Cost of Goods Sold

▶ Attach to Form 1120, 1120-C, 1120-F, 1120S, or 1065.
▶ Go to *www.irs.gov/Form1125A* for the latest information.

OMB No. 1545-0123

| Name | Employer identification number |
|---|---|
| JM GROVE, LLC | 46-4464249 |

| | | | |
|---|---|---|---|
| 1 | Inventory at beginning of year | 1 | |
| 2 | Purchases | 2 | 466,079 |
| 3 | Cost of labor | 3 | |
| 4 | Additional section 263A costs (attach schedule) | 4 | |
| 5 | Other costs (attach schedule) | 5 | |
| 6 | **Total.** Add lines 1 through 5 | 6 | 466,079 |
| 7 | Inventory at end of year | 7 | |
| 8 | **Cost of goods sold.** Subtract line 7 from line 6. Enter here and on Form 1120, page 1, line 2 or the appropriate line of your tax return. See instructions | 8 | 466,079 |

**9a** Check all methods used for valuing closing inventory:

     *(i)* ☐ Cost

     *(ii)* ☐ Lower of cost or market

     *(iii)* ☐ Other (Specify method used and attach explanation.) ▶

**b** Check if there was a writedown of subnormal goods ▶ ☐

**c** Check if the LIFO inventory method was adopted this tax year for any goods (if checked, attach Form 970) ▶ ☐

**d** If the LIFO inventory method was used for this tax year, enter amount of closing inventory computed under LIFO | 9d | |

**e** If property is produced or acquired for resale, do the rules of section 263A apply to the entity? See instructions    ☐ Yes ☒ No

**f** Was there any change in determining quantities, cost, or valuations between opening and closing inventory? If "Yes," attach explanation    ☐ Yes ☒ No

For Paperwork Reduction Act Notice, see instructions.

Form **1125-A** (Rev. 11-2018)

DAA

| | | Final K-1 | Amended K-1 | OMB No. 1545-0123 |

## Schedule K-1
### (Form 1120-S)

**2023**

For calendar year 2023, or tax year

Department of the Treasury
Internal Revenue Service

beginning [          ] ending [          ]

## Shareholder's Share of Income, Deductions, Credits, etc.

See separate instructions.

| Part I | Information About the Corporation |

**A** Corporation's employer identification number
46-4464249

**B** Corporation's name, address, city, state, and ZIP code
JM GROVE, LLC

13410 W. 62ND TERRACE
SHAWNEE          KS  66203

**C** IRS Center where corporation filed return
E-FILE

**D** Corporation's total number of shares
Beginning of tax year ............ 100
End of tax year ............ 100

| Part II | Information About the Shareholder |

**E** Shareholder's identifying number
[████] 4126

**F** Shareholder's name, address, city, state, and ZIP code
JORDAN GROVE
3911 W. 48TH STREET

ROELAND PARK          KS  66205

**G** Current year allocation percentage .......... 100.000000 %

**H** Shareholder's number of shares
Beginning of tax year ............ 100
End of tax year ............ 100

**I** Loans from shareholder
Beginning of tax year ...... $ 0
End of tax year ...... $ 0

For IRS Use Only

| Part III | Shareholder's Share of Current Year Income, Deductions, Credits, and Other Items |

| # | Description | # | Value |
|---|---|---|---|
| 1 | Ordinary business income (loss) −134,232 | 13 | Credits N 15,452 |
| 2 | Net rental real estate income (loss) | | |
| 3 | Other net rental income (loss) | | |
| 4 | Interest income | | |
| 5a | Ordinary dividends | | |
| 5b | Qualified dividends | 14 | Schedule K-3 is attached if checked ...... |
| 6 | Royalties | 15 | Alternative minimum tax (AMT) items |
| 7 | Net short-term capital gain (loss) | | |
| 8a | Net long-term capital gain (loss) | | |
| 8b | Collectibles (28%) gain (loss) | | |
| 8c | Unrecaptured section 1250 gain | | |
| 9 | Net section 1231 gain (loss) | 16 | Items affecting shareholder basis C* 15,452 |
| 10 | Other income (loss) | | D 20,438 |
| | | 17 | Other information V* STMT |
| 11 | Section 179 deduction | | AC* STMT |
| 12 | Other deductions | | ZZ* STMT |
| 18 | More than one activity for at-risk purposes* | | |
| 19 | More than one activity for passive activity purposes* | | |

\* See attached statement for additional information.

# Compensation of Officers

▶ Attach to Form 1120, 1120-C, 1120-F, 1120-REIT, 1120-RIC, or 1120S.

▶ Information about Form 1125-E and its separate instructions is at *www.irs.gov/form1125e*.

OMB No. 1545-0123

| Name | Employer identification number |
|---|---|
| JM GROVE, LLC | 46-4464249 |

**Note:** Complete Form 1125-E only if total receipts are $500,000 or more. See instructions for definition of total receipts.

| (a) Name of officer | (b) Social security number (see instructions) | (c) Percent of time devoted to business | Percent of stock owned | | (f) Amount of compensation |
|---|---|---|---|---|---|
| | | | (d) Common | (e) Preferred | |
| 1  JORDAN GROVE | 4126 | % | 100.000 % | % | 37,400 |
| | | % | % | % | |
| | | % | % | % | |
| | | % | % | % | |
| | | % | % | % | |
| | | % | % | % | |
| | | % | % | % | |
| | | % | % | % | |
| | | % | % | % | |
| | | % | % | % | |
| | | % | % | % | |
| | | % | % | % | |
| | | % | % | % | |
| | | % | % | % | |
| | | % | % | % | |
| | | % | % | % | |
| | | % | % | % | |
| | | % | % | % | |
| | | % | % | % | |
| | | % | % | % | |

| | | | |
|---|---|---|---|
| 2 | Total compensation of officers | 2 | 37,400 |
| 3 | Compensation of officers claimed on Form 1125-A or elsewhere on return | 3 | |
| 4 | Subtract line 3 from line 2. Enter the result here and on Form 1120, page 1, line 12 or the appropriate line of your tax return | 4 | 37,400 |

For Paperwork Reduction Act Notice, see separate instructions.

Form **1125-E** (Rev. 10-2016)

DAA

Form **4562**

Department of the Treasury
Internal Revenue Service

## Depreciation and Amortization
(Including Information on Listed Property)
**Attach to your tax return.**
Go to *www.irs.gov/Form4562* for instructions and the latest information.

**2023**

Attachment
Sequence No. **179**

Name(s) shown on return

JM GROVE, LLC

Identifying number

46-4464249

Business or activity to which this form relates

REGULAR DEPRECIATION

### Part I    Election To Expense Certain Property Under Section 179
**Note:** If you have any listed property, complete Part V before you complete Part I.

| | | | | | |
|---|---|---|---|---|---|
| 1 | Maximum amount (see instructions) | | | **1** | 1,160,000 |
| 2 | Total cost of section 179 property placed in service (see instructions) | | | **2** | |
| 3 | Threshold cost of section 179 property before reduction in limitation (see instructions) | | | **3** | 2,890,000 |
| 4 | Reduction in limitation. Subtract line 3 from line 2. If zero or less, enter -0- | | | **4** | |
| 5 | Dollar limitation for tax year. Subtract line 4 from line 1. If zero or less, enter -0-. If married filing separately, see instructions | | | **5** | |

| 6 | (a) Description of property | (b) Cost (business use only) | (c) Elected cost | |
|---|---|---|---|---|
| | | | | |
| | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 7 | Listed property. Enter the amount from line 29 | | **7** | | |
| 8 | Total elected cost of section 179 property. Add amounts in column (c), lines 6 and 7 | | | **8** | |
| 9 | Tentative deduction. Enter the **smaller** of line 5 or line 8 | | | **9** | |
| 10 | Carryover of disallowed deduction from line 13 of your 2022 Form 4562 | | | **10** | |
| 11 | Business income limitation. Enter the smaller of business income (not less than zero) or line 5. See instructions | | | **11** | |
| 12 | Section 179 expense deduction. Add lines 9 and 10, but don't enter more than line 11 | | | **12** | |
| 13 | Carryover of disallowed deduction to 2024. Add lines 9 and 10, less line 12 | **13** | | | |

**Note:** Don't use Part II or Part III below for listed property. Instead, use Part V.

### Part II    Special Depreciation Allowance and Other Depreciation (Don't include listed property. See instructions.)

| | | | |
|---|---|---|---|
| 14 | Special depreciation allowance for qualified property (other than listed property) placed in service during the tax year. See instructions | **14** | |
| 15 | Property subject to section 168(f)(1) election | **15** | |
| 16 | Other depreciation (including ACRS) | **16** | |

### Part III    MACRS Depreciation (Don't include listed property. See instructions.)

**Section A**

| | | | |
|---|---|---|---|
| 17 | MACRS deductions for assets placed in service in tax years beginning before 2023 | **17** | 0 |
| 18 | If you are electing to group any assets placed in service during the tax year into one or more general asset accounts, check here ☐ | | |

**Section B—Assets Placed in Service During 2023 Tax Year Using the General Depreciation System**

| (a) Classification of property | (b) Month and year placed in service | (c) Basis for depreciation (business/investment use only–see instructions) | (d) Recovery period | (e) Convention | (f) Method | (g) Depreciation deduction |
|---|---|---|---|---|---|---|
| 19a  3-year property | | | | | | |
| b  5-year property | | 9,500 | 5.0 | HY | 200DB | 1,900 |
| c  7-year property | | | | | | |
| d  10-year property | | | | | | |
| e  15-year property | | | | | | |
| f  20-year property | | | | | | |
| g  25-year property | | | 25 yrs. | | S/L | |
| h  Residential rental property | | | 27.5 yrs. | MM | S/L | |
| | | | 27.5 yrs. | MM | S/L | |
| i  Nonresidential real property | | | 39 yrs. | MM | S/L | |
| | | | | MM | S/L | |

**Section C—Assets Placed in Service During 2023 Tax Year Using the Alternative Depreciation System**

| | | | | | | |
|---|---|---|---|---|---|---|
| 20a  Class life | | | | | S/L | |
| b  12-year | | | 12 yrs. | | S/L | |
| c  30-year | | | 30 yrs. | MM | S/L | |
| d  40-year | | | 40 yrs. | MM | S/L | |

### Part IV    Summary (See instructions.)

| | | | |
|---|---|---|---|
| 21 | Listed property. Enter amount from line 28 | **21** | |
| 22 | **Total.** Add amounts from line 12, lines 14 through 17, lines 19 and 20 in column (g), and line 21. Enter here and on the appropriate lines of your return. Partnerships and S corporations—see instructions | **22** | 1,900 |
| 23 | For assets shown above and placed in service during the current year, enter the portion of the basis attributable to section 263A costs | **23** | |

Form **8846**

Department of the Treasury
Internal Revenue Service

## Credit for Employer Social Security and Medicare Taxes Paid on Certain Employee Tips

Attach to your tax return.
Go to *www.irs.gov/Form8846* for the latest information.

OMB No. 1545-0123

**2023**

Attachment
Sequence No. **846**

Name(s) shown on return

JM GROVE, LLC

Identifying number

46-4464249

**Note:** Claim this credit **only** for employer social security and Medicare taxes paid by a food or beverage employer where tipping is customary for providing food or beverages. See the instructions for line 1.

| | | | |
|---|---|---|---:|
| 1 | Tips received by employees for services on which you paid or incurred employer social security and Medicare taxes during the tax year (see instructions) | 1 | 204,817 |
| 2 | Tips not subject to the credit provisions (see instructions) | 2 | 2,831 |
| 3 | Creditable tips. Subtract line 2 from line 1 | 3 | 201,986 |
| 4 | Multiply line 3 by 7.65% (0.0765). If you had any tipped employees whose wages (including tips) exceeded $160,200, see instructions and check here ☐ | 4 | 15,452 |
| 5 | Credit for employer social security and Medicare taxes paid on certain employee tips from partnerships and S corporations | 5 | |
| 6 | Add lines 4 and 5. Partnerships and S corporations, report this amount on Schedule K. All others, report this amount on Form 3800, Part III, line 4f | 6 | 15,452 |

**For Paperwork Reduction Act Notice, see instructions.**

Form **8846** (2023)

DAA

# Section 199A Information Worksheet

| Form **1120-S** | | | | **2023** |
|---|---|---|---|---|
| | For calendar year 2023 or tax year beginning | | , ending | |

| Name | Employer Identification Number |
|---|---|
| JM GROVE, LLC | 46-4464249 |

| | Activity Description | Pass-Through Entity EIN | PTP | Aggregated | SSTB |
|---|---|---|---|---|---|
| Column A | PAGE 1 ACTIVITY | | ☐ | ☐ | ☐ |
| Column B | | | ☐ | ☐ | ☐ |
| Column C | | | ☐ | ☐ | ☐ |
| Column D | | | ☐ | ☐ | ☐ |
| Column E | | | ☐ | ☐ | ☐ |

| QBI or Qualified PTP items: | Column A | Column B | Column C | Column D | Column E |
|---|---|---|---|---|---|
| Ordinary business income (loss) | -134,232 | | | | |
| Net rental real estate income (loss) | | | | | |
| Other net rental income (loss) | | | | | |
| Royalty income (loss) | | | | | |
| Section 1231 gain (loss) | | | | | |
| Other income (loss) | | | | | |
| Section 179 deduction | | | | | |
| Other deductions | | | | | |
| W-2 wages | 315,647 | | | | |
| Qualified property | 17,504 | | | | |

**Other Information:**

QBI allocable to cooperative pmts received

W-2 wages allocable to qualified payments

Section 199A(g) deduction

**Section 199A REIT dividends**

## Statement 1 - Form 1120-S, Page 1, Line 20 - Other Deductions

| Description | Amount |
|---|---|
| BANK & SERVICE CHARGES | $ 2,147 |
| COLLECTION FEES | 50,959 |
| BANDS & DJ'S | 19,583 |
| CONTRACT LABOR | |
| INSURANCE | 2,326 |
| LAUNDRY & UNIFORMS | 4,075 |
| PROFESSIONAL FEES | 6,800 |
| OFFICE | 573 |
| OVER/SHORT | -1,771 |
| SUPPLIES - BAR | 2,139 |
| SUPPLIES - RESTAURANT | 8,540 |
| TELEPHONE & UTILITIES | 32,345 |
| TRANSPORTATION | 179 |
| DUES & SUBSCRIPTIONS | |
| EQUIPMENT RENT | 1,510 |
| POP UP FEES | 18,459 |
| TOTAL | $ 147,864 |

## Statement 2 - Form 1120-S, Page 3, Schedule K, Line 13g - Other Credits

| Description | Amount |
|---|---|
| EMPLOYER TIPS CREDIT | $ 15,452 |
| TOTAL | $ 15,452 |

## Statement 3 - Form 1120-S, Page 4, Schedule K, Line 17d - Other Items and Amounts

| Description | Amount |
|---|---|
| SECTION 199A INFORMATION - SEE ATTACHED WRK | $ |

## Statement 4 - Form 1120-S, Page 4, Schedule L, Line 6 - Other Current Assets

| Description | Beginning of Year | End of Year |
|---|---|---|
| EMPLOYEE ADVANCES | $ 2,600 | $ 1,000 |
| TOTAL | $ 2,600 | $ 1,000 |

## Statement 5 - Form 1120-S, Page 4, Schedule L, Line 14 - Other Assets

| Description | Beginning of Year | End of Year |
|---|---|---|
| SECURITY DEPOSIT | $ 5,869 | $ 5,869 |
| UTILITY DEPOSIT | 346 | 346 |
| TOTAL | $ 6,215 | $ 6,215 |

## Statement 6 - Form 1120-S, Page 4, Schedule L, Line 18 - Other Current Liabilities

| Description | Beginning of Year | End of Year |
|---|---|---|
| PAYROLL TAX PAYABLE | $ 38,938 | $ 162,071 |
| SALES & USE TAX PAYABLE | 17,924 | 18,266 |
| REWARDS PROGRAM | 1,401 | 10,762 |
| TOAST PAYABLE | 0 | 15,356 |
| FORWARD FINANCING LOAN | 0 | 6,098 |
| TOTAL | $ 58,263 | $ 212,553 |

## Statement 7 - Form 1120-S, Page 5, Schedule M-1, Line 3 - Expenses on Books Not on Return

| Description | Amount |
|---|---|
| EMPLOYER TIP CREDIT REDUCTION | $ 15,452 |
| TOTAL | $ 15,452 |

## Statement 8 - Form 1120-S, Page 5, Schedule M-2, Line 5(a) - Other Reductions

| Description | Amount |
|---|---|
| EMPLOYER TIP CREDIT REDUCTION | $ 15,452 |
| TOTAL | $ 15,452 |

# Federal Statements
## JORDAN GROVE
## ███ 4126

### Schedule K-1, Box 16, Code C - Nondeductible Expenses

| Description | | Shareholder Amount |
|---|---|---|
| EMPLOYER TIP CREDIT REDUCTION | $ | 15,452 |
| TOTAL | $ | 15,452 |

### Schedule K-1, Box 17, Code AC - Gross Receipts for Section 448(c)

| Description | Shareholder Amount |
|---|---|
| 8990 GROSS RECEIPTS FOR 2022 | 903,863 |
| 8990 GROSS RECEIPTS FOR 2021 | 660,323 |
| 8990 GROSS RECEIPTS FOR 2020 | 537,712 |

### Schedule K-1, Box 17, Code ZZ - Other Information

| Description | Shareholder Amount |
|---|---|
| GAIN ON EXCESS DISTRIBUTION | 20,438 |

| Form **1120-S**<br>Schedule K-1 | Schedule K-1, Box 17, Code V<br>**Shareholder's Section 199A Information** | | **2023** |
|---|---|---|---|

For calendar year 2023 or tax year beginning _____, ending _____

Name
JM GROVE, LLC
JORDAN GROVE

Taxpayer Identification Number
46-4464249
4126

|  | **Activity Description** | Pass-Through<br>Entity EIN | PTP | Aggregated | SSTB |
|---|---|---|---|---|---|
| Column A | PAGE 1 ACTIVITY | | ☐ | ☐ | ☐ |
| Column B | | | ☐ | ☐ | ☐ |
| Column C | | | ☐ | ☐ | ☐ |
| Column D | | | ☐ | ☐ | ☐ |
| Column E | | | ☐ | ☐ | ☐ |

| QBI or Qualified PTP items: | Column A | Column B | Column C | Column D | Column E |
|---|---|---|---|---|---|
| Ordinary business income (loss) | -134,232 | | | | |
| Net rental real estate income (loss) | | | | | |
| Other net rental income (loss) | | | | | |
| Royalty income (loss) | | | | | |
| Section 1231 gain (loss) | | | | | |
| Other income (loss) | | | | | |
| Section 179 deduction | | | | | |
| Other deductions | | | | | |
| W-2 wages | 315,647 | | | | |
| Qualified property | 17,504 | | | | |

Other Information:
QBI allocable to cooperative pmts received
W-2 wages allocable to qualified payments
Section 199A(g) deduction

**Section 199A REIT dividends**

JM GROVE, LLC
13410 W. 62nd Terrace
SHAWNEE, KS 66203

# Electing out of the Bonus Depreciation Allowance
# for 5-Year Property

The above named taxpayer elects out of the first-year bonus depreciation allowance under IRC Section 168(k)(7) for all eligible 5-year depreciable property placed in service during the tax year.

# Federal Asset Report
## Form 1120-S, Page 1

| Asset | Description | Date In Service | Cost | Bus % | Sec 179 | Bonus | Basis for Depr | Per | Conv | Meth | Prior | Current |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **5-year GDS Property:** | | | | | | | | | | | | |
| 6 | Reach In Cooler | 2/15/23 | 5,000 | | | | 5,000 | 5 | HY | 200DB | 0 | 1,000 |
| 7 | Beer Cooler | 4/07/23 | 4,500 | | | | 4,500 | 5 | HY | 200DB | 0 | 900 |
| | | | 9,500 | | | | 9,500 | | | | 0 | 1,900 |
| | | | | | | | | | | | | |
| **Prior MACRS:** | | | | | | | | | | | | |
| 1 | TV's | 4/10/14 | 1,519 | | X | X | 0 | 7 | HY | 200DB | 1,519 | 0 |
| 2 | PIZZA OVEN | 5/01/17 | 2,500 | | X | X | 0 | 7 | HY | 200DB | 2,500 | 0 |
| 3 | CONVECTION OVEN | 6/10/17 | 1,800 | | X | X | 0 | 7 | HY | 200DB | 1,800 | 0 |
| 4 | REFRIGERATOR | 6/08/17 | 2,185 | | X | X | 0 | 7 | HY | 200DB | 2,185 | 0 |
| 5 | 2017 GMC SIERRA | 8/19/17 | 58,912 | | | X | 29,456 | 5 | HY | 200DB | 58,912 | 0 |
| | Sold/Scrapped: 2/28/23 | | | | | | | | | | | |
| | | | 66,916 | | | | 29,456 | | | | 66,916 | 0 |
| | | | | | | | | | | | | |
| | **Grand Totals** | | 76,416 | | | | 38,956 | | | | 66,916 | 1,900 |
| | **Less: Dispositions and Transfers** | | 58,912 | | | | 29,456 | | | | 58,912 | 0 |
| | **Less: Start-up/Org Expense** | | 0 | | | | 0 | | | | 0 | 0 |
| | **Net Grand Totals** | | 17,504 | | | | 9,500 | | | | 8,004 | 1,900 |

# Qualified Property Report
## Form 1120-S, Page 1

| Asset | Property Description | Date In Service | Tax Cost | Bus Pct | Qualified Property |
|---|---|---|---|---|---|
| 1 | TV's | 4/10/14 | 1,519 | 100.00 | 1,519 |
| 2 | PIZZA OVEN | 5/01/17 | 2,500 | 100.00 | 2,500 |
| 3 | CONVECTION OVEN | 6/10/17 | 1,800 | 100.00 | 1,800 |
| 4 | REFRIGERATOR | 6/08/17 | 2,185 | 100.00 | 2,185 |
| 6 | Reach In Cooler | 2/15/23 | 5,000 | 100.00 | 5,000 |
| 7 | Beer Cooler | 4/07/23 | 4,500 | 100.00 | 4,500 |
| | **Grand Total** | | 17,504 | | 17,504 |

# AMT Asset Report
## Form 1120-S, Page 1

| Asset | Description | Date In Service | Cost | Bus % | Sec 179 | Bonus | Basis for Depr | Per | Conv | Meth | Prior | Current |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **5-year GDS Property:** | | | | | | | | | | | | |
| 6 | Reach In Cooler | 2/15/23 | 5,000 | | | | 5,000 | 5 | HY | 200DB | 0 | 1,000 |
| 7 | Beer Cooker | 4/07/23 | 4,500 | | | | 4,500 | 5 | HY | 200DB | 0 | 900 |
| | | | 9,500 | | | | 9,500 | | | | 0 | 1,900 |
| **Prior MACRS:** | | | | | | | | | | | | |
| 1 | TV's | 4/10/14 | 1,519 | X | | X | 0 | 7 | HY | 200DB | 1,519 | 0 |
| 2 | PIZZA OVEN | 5/01/17 | 2,500 | X | | X | 0 | 7 | HY | 200DB | 2,500 | 0 |
| 3 | CONVECTION OVEN | 6/10/17 | 1,800 | X | | X | 0 | 7 | HY | 200DB | 1,800 | 0 |
| 4 | REFRIGERATOR | 6/08/17 | 2,185 | X | | X | 0 | 7 | HY | 200DB | 2,185 | 0 |
| 5 | 2017 GMC SIERRA | 8/19/17 | 58,912 | | | X | 29,456 | 5 | HY | 200DB | 58,912 | 0 |
| | Sold/Scrapped: 2/28/23 | | | | | | | | | | | |
| | | | 66,916 | | | | 29,456 | | | | 66,916 | 0 |
| | **Grand Totals** | | 76,416 | | | | 38,956 | | | | 66,916 | 1,900 |
| | **Less: Dispositions and Transfers** | | 58,912 | | | | 29,456 | | | | 58,912 | 0 |
| | **Net Grand Totals** | | 17,504 | | | | 9,500 | | | | 8,004 | 1,900 |

| Form **1120-S** | Schedule K-1 Summary Worksheet | **2023** |
|---|---|---|

| Name | Employer Identification Number |
|---|---|
| JM GROVE, LLC | 46-4464249 |

| | Shareholder Name | SSN/EIN |
|---|---|---|
| Column A | JORDAN GROVE | ▮▮▮-4126 |
| Column B | | |
| Column C | | |
| Column D | | |

| | Schedule K Items | Column A | Column B | Column C | Column D | SCH K TOTAL |
|---|---|---|---|---|---|---|
| 1 | Ordinary income | -134,232 | | | | -134,232 |
| 2 | Net rental RE inc | | | | | |
| 3c | Net other rental inc | | | | | |
| 4 | Interest income | | | | | |
| 5a | Ordinary dividends | | | | | |
| 5b | Qualified dividends | | | | | |
| 6 | Royalties | | | | | |
| 7 | Net ST capital gain | | | | | |
| 8a | Net LT capital gain | | | | | |
| 8b | Collectibles 28% gain | | | | | |
| 8c | Unrecap Sec 1250 | | | | | |
| 9 | Net Sec 1231 gain | | | | | |
| 10 | Other income (loss) | | | | | |
| 11 | Sec 179 deduction | | | | | |
| 12a | Contributions | | | | | |
| 12b | Invest interest exp | | | | | |
| 12c | Sec 59(e)(2) exp | | | | | |
| 12d | Other deductions | | | | | |
| 13a | Low-inc house 42j5 | | | | | |
| 13b | Low-inc house other | | | | | |
| 13c | Qualif rehab exp | | | | | |
| 13d | Rental RE credits | | | | | |
| 13e | Other rental credits | | | | | |
| 13f | Biofuel credit | | | | | |
| 13g | Other credits | 15,452 | | | | 15,452 |
| 15a | Depr adjustment | | | | | |
| 15b | Adjusted gain (loss) | | | | | |
| 15c | Depletion | | | | | |
| 15d | Inc-oil/gas/geoth | | | | | |
| 15e | Ded-oil/gas/geoth | | | | | |
| 15f | Other AMT items | | | | | |
| 16a | Tax-exempt interest | | | | | |
| 16b | Other tax-exempt | | | | | |
| 16c | Nonded expense | 15,452 | | | | 15,452 |
| 16d | Distributions | 20,438 | | | | 20,438 |
| 16e | Shr loan repmts | | | | | |
| 16f | Foreign taxes | | | | | |
| 17a | Investment income | | | | | |
| 17b | Investment expense | | | | | |
| 18 | Income (loss) | -134,232 | | | | -134,232 |

| Retained Earnings Reconciliation Worksheet | | 2023 |
|---|---|---|
| Form **1120-S** | For calendar year 2023 or tax year beginning            , ending | |
| Name | | Employer Identification Number |
| JM GROVE, LLC | | 46-4464249 |

## Schedule L - Retained Earnings

| | |
|---|---|
| Retained Earnings - Unappropriated (Accumulated E&P) | 0 |
| Accumulated Adjustments Account | -280,521 |
| Undistributed Previously Taxed Income | -15,824 |
| Other Adjustments Account | 52,700 |
| Retained Earnings Timing Differences | -7,000 |
| Schedule L, Line 24 - Retained Earnings | -250,645 |

## Schedule M-2 - Retained Earnings

| | Accumulated Adjustments Account | Undistributed Previously Taxed Income | Accumulated Earnings and Profits | Other Adjustments Account | Retained Earnings Timing Differences | Total Retained Earnings |
|---|---|---|---|---|---|---|
| Beginning of Year | -110,399 | -15,824 | 0 | 52,700 | -7,000 | -80,523 |
| Ordinary Income (Loss) | -134,232 | | | | | -134,232 |
| Other Additions | | | | | | |
| Other Reductions | 15,452 | | | | | 15,452 |
| Distributions | 20,438 | | | | | 20,438 |
| End of Year | -280,521 | -15,824 | 0 | 52,700 | -7,000 | -250,645 |

Debtor name    JM Grove, LLC

United States Bankruptcy Court for the:    DISTRICT OF KANSAS

Case number (if known)    _____

☐ Check if this is an
    amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/22

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

**Part 1:**    **Income**

1. **Gross revenue from business**

   ☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| From the beginning of the fiscal year to filing date:<br>From 1/01/2025 to Filing Date | ■ Operating a business<br>☐ Other _____ | $40,000.00 |
| For prior year:<br>From 1/01/2024 to 12/31/2024 | ■ Operating a business<br>☐ Other _____ | $904,364.00 |
| For year before that:<br>From 1/01/2023 to 12/31/2023 | ■ Operating a business<br>☐ Other _____ | $988,230.00 |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ■ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|
| | | |

**Part 2:**    **List Certain Transfers Made Before Filing for Bankruptcy**

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
|---|---|---|---|
| | | | |

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.1.   Toast Capital<br>WebBank<br>333 Summer Street<br>Boston, MA 02210 | Daily<br>Payments | $21,430.81 | ☐ Secured debt<br>■ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.2.   YouLend, LLC<br>1175 Peachtree Street NE<br>Atlanta, GA 30361 | Daily<br>Payments | $14,193.18 | ☐ Secured debt<br>■ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.3.   Rewards Newtwork<br>540 West Madison Street<br>Suite 2400<br>Chicago, IL 60661 | Weekly<br>Payments | $12,536.06 | ☐ Secured debt<br>■ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

■ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

5. **Repossessions, foreclosures, and returns**
List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☐ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|
| Kansas Department of Revenue<br>Civil Tax Enforcement<br>PO Box 12005<br>Topeka, KS 66612-2005 | Bank Garnishment | December<br>2024 | $2,300.00 |
| Kansas Department of Revenue<br>Civil Tax Enforcement<br>PO Box 12005<br>Topeka, KS 66612-2005 | Cash Register Seizure. The doors were also locked and the Debtor was barred from the property. | 1/28/2025 | $240.00 |

6. **Setoffs**
List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

## Part 3:    Legal Actions or Assignments

**7.  Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case**.**

■ None.

| Case title Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|

**8.  Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

## Part 4:    Certain Gifts and Charitable Contributions

**9.  List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

## Part 5:    Certain Losses

10.  **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|

## Part 6:    Certain Payments or Transfers

11.  **Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | Evans and Mullinix PA 7225 Renner Rd  Ste 200 Shawnee, KS 66217-3043 | Filing Fee and Attorney Fees | $15,000 - 2/04/2025 $1,700.00 - 2/04/2025 | $16,700.00 |
| | **Email or website address** | | | |
| | **Who made the payment, if not debtor?** | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

**Part 7:**   **Previous Locations**

14. **Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

**Part 8:**   **Health Care Bankruptcies**

15. **Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If  debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

**Part 9:**   **Personally Identifiable Information**

16. **Does the debtor collect and retain personally identifiable information of customers?**

☑ No.
☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☑ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

| Part 10: | Certain Financial Accounts, Safe Deposit Boxes, and Storage Units |
|---|---|

18. **Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☑ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

19. **Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|

20. **Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☑ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|

| Part 11: | Property the Debtor Holds or Controls That the Debtor Does Not Own |
|---|---|

21. **Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☑ None

| Part 12: | Details About Environment Information |
|---|---|

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

Report all notices, releases, and proceedings known, regardless of when they occurred.

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

    ■ No.
    ☐ Yes. Provide details below.

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
| | | | |

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

    ■ No.
    ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| | | | |

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

    ■ No.
    ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| | | | |

**Part 13:   Details About the Debtor's Business or Connections to Any Business**

25. **Other businesses in which the debtor has or has had an interest**
    List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

    ■ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|
| | | |

26. **Books, records, and financial statements**
    26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

    ■ None

| Name and address | Date of service<br>From-To |
|---|---|
| | |

    26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

    ■ None

    26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

    ■ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| | |

    26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

    ■ None

| Debtor | JM Grove, LLC | Case number *(if known)* | |
|---|---|---|---|

**Name and address**

27. **Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Jordan Grove | 1825 SW Merryman Drive<br>Lees Summit, MO 64082 | Member | 100% |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

■ No
☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
■ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1 . | Jordan Grove<br>1825 SW Merryman Drive<br>Lees Summit, MO 64082 | $30,000.00 | Various | Bartending & Management Services |
| | **Relationship to debtor**<br>Member | | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|

| Part 14: | Signature and Declaration |
|---|---|

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    February  4, 2025

/s/ Jordan Grove                                              Jordan Grove
Signature of individual signing on behalf of the debtor        Printed name

Position or relationship to debtor    Member

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**

■ No
☐ Yes

# United States Bankruptcy Court
## District of Kansas

In re    JM Grove, LLC                                  Case No. _____

                              Debtor(s)          Chapter    11

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | Hourly |
| Prior to the filing of this statement I have received | $ | 14,962.00 |
| Balance Due | $ | Hourly |

2.  $ __1,738.00__ of the filing fee has been paid.

3.  The source of the compensation paid to me was:

     ☑ Debtor      ☐ Other (specify):

4.  The source of compensation to be paid to me is:

     ☑ Debtor      ☐ Other (specify):

5.  ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

     ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

     a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
     b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
     c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

7.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:
         Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceedings, reaffirmations and redemptions.

---

### CERTIFICATION

     I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

_____        /s/ Colin N. Gotham
*Date*                               Colin Gotham KS#19538; MO#52343
                                  *Signature of Attorney*
                                  Evans & Mullinix, P.A.
                                  7225 Renner Road, Suite 200
                                  Shawnee, KS 66217
                                  (913) 962-8700   Fax: (913) 962-8701
                                  cgotham@emlawkc.com
                                  *Name of law firm*

Attorney General
Main Justice Building
950 Pennsylvania Avenue NW
Washington, DC 20530-0001


Central States Beverage Company
14220 Wyandotee Street
Kansas City, MO 64145


Chase
JP Morgan Chase Bank
700 Kansas Lane Floor 1
Monroe, LA 71203


Chase Rapid Rewards
PO Box 15123
Wilmington, DE 19850-5123


Citibank
PO Box 6500
Sioux Falls, SD 57117


Citibank
PO Box 790046
Saint Louis, MO 63179-0046


CitiBank - Home Depot
PO Box 790328
Saint Louis, MO 63179


Commerce Bank
Attn Bankruptcy Notices
PO Box 419248 KCREC-10
Kansas City, MO 64141


Commerce Bank
811 Main Street, KCBC-10
Kansas City, MO 64105


Crawford Sales Company
1377 South Hamilton Circle
Olathe, KS 66061

```
Discover Bank
PO Box 30416
Salt Lake City, UT 84130


Discover Bank
PO Box 6103
Carol Stream, IL 60197


Entertainment Experts
1138 Cheyene Avenue
Kansas City, KS 66105


Evergy Inc
PO Box 11739
Kansas City, MO 64138


Evergy Inc
PO Box 219330
Kansas City, MO 64121-9330


First National Bank of Omaha
1601 Capitol Avenue
Omaha, NE 68102


Forward Financing
53 State Street
20th Floor
Boston, MA 02109


Fredy Morales
813 W 101st Terrace
Kansas City, MO 64114


Internal Revenue Service
Centralized Insolvency Ops
PO Box 7346
Philadelphia, PA 19101-7346


Internal Revenue Service
Attn: Insolvency/Advisory
Mail Stop 5334 LSM
2850 NE Independence Ave
Lees Summit, MO 64064
```

James Cole
14401 West 65th Terrace
Shawnee, KS 66216


John Macanaw
6314 Caenen Lake Rd
Shawnee, KS 66216


Jordan Grove
1825 SW Merryman Drive
Lees Summit, MO 64082


Kansas Attorney General
120 SW 10th Avenue
2nd Floor
Topeka, KS 66612


Kansas Department of Labor
Attn: Legal Services
401 SW Topeka Blvd
Topeka, KS 66603-3182


Kansas Department of Revenue
Civil Tax Enforcement
PO Box 12005
Topeka, KS 66612-2005


Kansas Gas Service
PO Box 219046
Kansas City, MO 64121


Kevin Perez Lopez
7608 Garnett St
Overland Park, KS 66213


Midwest Distribution
1220 NW Main St. Ste A
Lees Summit, MO 64086


Mill Creek Shopping Center
% Rovira Property Management LLC
12394 SW 82nd Avenue
Miami, FL 33156

Reinhart Foods LTD
235 Yorland Blvd, Suite 1100
Toronto, ON
M2J 4Y8


Rewards Newtwork
540 West Madison Street
Suite 2400
Chicago, IL 60661


Roman Saudedo
307 South 14th Street
Kansas City, KS 66102


Sheels Visa - FNBO
PO Box 2557
Omaha, NE 68103-2557


Sysco Foods
1915 East Kansas City Road
Olathe, KS 66061


The Central Trust Bank
PO Box 748
Jefferson City, MO 65102


The Central Trust Bank
238 Madison Street
Jefferson City, MO 65101


Toast Capital
WebBank
333 Summer Street
Boston, MA 02210


US Attorney
US Courthouse
500 State Avenue, Rm 360
Kansas City, KS 66101


US Foods
9399 West Higgins Road
Suite 100
Des Plaines, IL 60018

US Small Business Admin.
District Counsel
10675 Bedford Avenue, Suite 100
Omaha, NE 68127


US Small Business Admin.
1000 Walnut St., Ste. 500
Kansas City, MO 64106


US Small Business Administration
District Counsel
220 W Douglas Avenue
Suite 450
Wichita, KS 67202


Web Bank
215 South State St Ste 1000
Salt Lake City, UT 84111


YouLend, LLC
1175 Peachtree Street NE
Atlanta, GA 30361

# United States Bankruptcy Court
## District of Kansas

In re    JM Grove, LLC

Case No.

Debtor(s)

Chapter    11

# VERIFICATION OF CREDITOR MATRIX

I, the Member of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:    February  4, 2025

/s/ Jordan Grove

Jordan Grove/Member
Signer/Title

# United States Bankruptcy Court
## District of Kansas

In re    JM Grove, LLC

Debtor(s)

Case No. _____

Chapter    11

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| Jordan Grove<br>1825 SW Merryman Drive<br>Lees Summit, MO 64082 | | 100% | |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the Member of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date    February  4, 2025

Signature    /s/ Jordan Grove

Jordan Grove

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Sheet 1 of 1 in List of Equity Security Holders

# United States Bankruptcy Court
## District of Kansas

In re    JM Grove, LLC                         Case No. _____

                           Debtor(s)             Chapter    11

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for \_\_JM Grove, LLC\_\_ in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

February 4, 2025
_____
Date

/s/ Colin Gotham
_____
Colin Gotham KS#19538; MO#52343
Signature of Attorney or Litigant
Counsel for    JM Grove, LLC
_____
Evans & Mullinix, P.A.
7225 Renner Road, Suite 200
Shawnee, KS 66217
(913) 962-8700 Fax:(913) 962-8701
cgotham@emlawkc.com