# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF KANSAS
# AT KANSAS CITY

| | |
|---|---|
| IN RE: ) | |
| ) | Case No. 25-20111-DLS |
| JM GROVE, LLC, ) | Chapter 11 |
| ) | Subchapter V |
| Debtor. ) | |

## EMERGENCY MOTION FOR ORDER AUTHORIZING PAYMENT OF PRE-PETITION PAYROLL AND OTHER DISBURSEMENTS

COMES NOW JM Grove, LLC, the Debtor and Debtor-in-possession herein, by and through counsel, Colin N. Gotham of Evans & Mullinix, P.A., and submits this Motion, pursuant to which the Debtor seeks Court approval and ratification of payments tendered for payment of Pre-Petition Payroll and other necessary expenses. In support of this Motion, the Debtor represents the following:

1. The Debtor filed its Petition for Relief under Chapter 11, Subchapter V, of the Bankruptcy Code on February 4, 2025.

2. The Debtor operates a bar and grill.

3. The Debtor seeks permission to pay the wages for pre-petition payroll.

4. The Debtor asserts that these payments are necessary to the ongoing operations and in the best interest of the creditors to induce these individuals to continue to assist the Debtor.

5. On the Petition Date, the Debtor employs approximately twelve (12) persons, including member, Jordan Grove. The Debtor usually issues its payroll checks every two weeks. Thus, on January 31, 2025 the Debtor was scheduled to issue

checks for the payroll period beginning on January 13, 2025 and ending on January 26, 2025.

6. The bar and grill was closed on January 28, 2025 by the actions of the Kansas Department of Revenue.

7. The amounts owed to the employees are as follows:

   a. James Cole         $3,524.00
   b. John Macanaw       $820.42
   c. Roman Saudedo      $880.60
   d. Freddy Moralas     $426.50
   e. Kevin Perez Lopez  $719.82

8. The January 31, 2025 payroll will consist of pre-petition payroll.

9. The Debtor's employees are primarily hourly wage earners.

10. These employees rely on their paychecks to make ends meet and can ill afford to lose the income from any paycheck. Therefore, the Debtor shall issue the regular paychecks, notwithstanding the fact that they encompass Pre-Petition periods.

11. There are employees who may be considered insiders but work in the Debtor's business full-time, as follows:

    a. Jordan Grove, Member
       i. Weekly Salary of $1,500.00.

12. The Debtor asserts that these payments, albeit for a portion of Pre-Petition Periods, benefited primarily employees and were necessary to the ongoing operations.

13. The Debtor also requests authorization to pay all related taxes and other payments associated with the January 31, 2025 payroll.

14. The Debtor will provide a report of the specific employee payments to the U.S. Trustee and any other creditor who requests a copy.

WHEREFORE, the Debtor requests entry of this Court's Order authorizing, to the Petition Date, the payroll disbursements described herein and granting such other, and further relief as the court deems just and proper in the premises.

Respectfully Submitted:

EVANS & MULLINIX, P.A.

*/s/ Colin N. Gotham*
Colin N. Gotham KS #19538
7225 Renner Road, Suite 200
Shawnee, KS  66217
(913) 962-8700; (913) 962-8701 (FAX)
cgotham@emlawkc.com
ATTORNEYS FOR DEBTOR

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was electronically filed with the court using the CM/ECF system which sent notification to all parties of interest participating in the CM/ECF system.

*/s/ Colin N. Gotham*
Colin N. Gotham